UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK SELIGER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WORLDWIDE ENTERTAINMENT NETWORK, a California corporation, individually and d/b/a "worldwideentertainmenttv.com"; SHONTA BURTON PEAY, an individual; DWAYNE PEAY, an individual; BLUEGOLD PRODUCTIONS, LLC, a Georgia limited liability company; and Does 1-10,<br><br>Defendants. | Case No.: 1:23-cv-01051<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Mark Seliger, an individual, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

NONE.

Respectfully submitted,

Dated: February 7, 2023     By:   */s/ Scott Alan Burroughs*
Scott Alan Burroughs, Esq.
Laura M. Zaharia, Esq.
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, NY 10038
(310) 590 – 1820
scott@donigerlawfirm.com
lzaharia@donigerlawfirm.com
Attorneys for Plaintiff Mark Seliger